# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCUS R. WILLIAMS,<br><br>        Plaintiff,<br><br>  v.<br><br>DERRAL G. ADAMS, et al.,<br><br>        Defendants. | CASE NO. 1:05-CV-00124-AWI-SMS-P<br><br>ORDER DENYING MOTION FOR CLASS CERTIFICATION<br><br>(Doc. 5) |

Plaintiff Marcus R. Williams ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff seeks certification of this litigation as a class action. Plaintiff, however, is a non-lawyer proceeding without counsel. It is well established that a layperson cannot ordinarily represent the interests of a class. See McShane v. United States, 366 F.2d 286 (9th Cir. 1966). This rule becomes almost absolute when, as here, the putative class representative is incarcerated and proceeding pro se. Oxendine v. Williams, 509 F.2d 1405, 1407 (4th Cir. 1975). In direct terms, plaintiff cannot "fairly and adequately protect the interests of the class" as required by Fed. R. Civ. P. 23(a)(4). See Martin v. Middendorf, 420 F. Supp. 779 (D.D.C. 1976). Therefore, plaintiff's request for class certification, filed January 31, 2005, is DENIED.

IT IS SO ORDERED.

**Dated:   June 15, 2005**                  /s/ Sandra M. Snyder
icido3                  UNITED STATES MAGISTRATE JUDGE