# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCUS R. WILLIAMS, | CASE NO. 1:05-CV-00124-AWI-SMS-P |
| Plaintiff, | ORDER STRIKING DUPLICATIVE FILING |
| v. | (Doc. 15) |
| DERRAL G. ADAMS, et al., | ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE AMENDED COMPLAINT AND OBJECTIONS TO FINDINGS AND RECOMMENDATIONS FILED ON JUNE 16, 2005 |
| Defendants. | |
| | (Doc. 14) |

Plaintiff Marcus R. Williams ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On July 7, 2005, plaintiff filed a motion seeking an extension of time to file an amended complaint and an objection to the Findings and Recommendations issued on June 16, 2005. For reasons that are unclear, the filing was docketed twice in error, once as a motion for an extension of time to file an amended complaint and once as an objection to the Findings and Recommendations.

Having considered plaintiff's motion, it is HEREBY ORDERED that:

1. The second filing (document 15) on the court's docket, which is identical to the first filing (document 14), is STRICKEN from the record as duplicative;

2. Plaintiff's motion for an extension of time to file an amended complaint and an objection to the Findings and Recommendations is GRANTED; and

1

3.   Plaintiff has **thirty (30) days** from the date of service of this order to file an amended complaint and an objection to the Findings and Recommendations issued on June 16, 2005.

IT IS SO ORDERED.

**Dated:   July 21, 2005**                              /s/ Sandra M. Snyder
i0d3h8                                          UNITED STATES MAGISTRATE JUDGE