# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCUS R. WILLIAMS,<br><br>Plaintiff,<br><br>v.<br><br>DERRAL G. ADAMS, et al.,<br><br>Defendants.<br>___________________________________/ | CASE NO. 1:05-CV-00124-AWI-SMS-P<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME TO FILE A SECOND AMENDED COMPLAINT<br><br>(Doc. 22)<br><br>ORDER GRANTING PLAINTIFF A THIRTY-DAY EXTENSION OF TIME TO FILE AN OBJECTION TO THE FINDINGS AND RECOMMENDATIONS<br><br>(Doc. 21) |

Plaintiff Marcus R. Williams ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On June 9, 2006, the undersigned issued a Findings and Recommendations recommending dismissal of certain claims and defendants, with prejudice. On June 27, 2006, plaintiff filed a motion seeking an extension of time to file a second amended complaint amending his claims.

Plaintiff was not directed to file a second amended complaint and may not have an extension of time within which to do so. The Court has issued a Findings and Recommendations and plaintiff's recourse at this juncture is to file an objection. If plaintiff files a second amended complaint, it will be stricken from the record.

///

///

Accordingly, it is HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time to file a second amended complaint is DENIED;
2. If plaintiff files a second amended complaint, it will be stricken from the record; and
3. Plaintiff has **thirty (30) days** from the date of service of this order to file an objection, if any, to the Findings and Recommendations issued on June 9, 2006.

IT IS SO ORDERED.

**Dated:**    **June 29, 2006**           /s/ Sandra M. Snyder
i0d3h8                                                UNITED STATES MAGISTRATE JUDGE