# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCUS R. WILLIAMS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DERRAL G. ADAMS, et al.,<br><br>　　　　　Defendants.<br>_____/ | CASE NO. 1:05-cv-00124-AWI-SMS PC<br><br>ORDER GRANTING MOTION FOR THIRTY-DAY EXTENSION OF TIME TO FILE OBJECTION<br><br>(Doc. 28) |

　　Plaintiff Marcus R. Williams ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On March 28, 2007, the court issued a Findings and Recommendations and provided plaintiff with thirty days within which to file an Objection. On April, 26, 2007, plaintiff filed a Motion seeking a thirty-day extension of time.

　　Good cause having been shown, plaintiff's Motion is GRANTED and plaintiff has **thirty (30) days** from the date of service of this Order within which to file an Objection.

IT IS SO ORDERED.

**Dated:   May 1, 2007**　　　　　　　　　　　　　　/s/ Sandra M. Snyder
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1