IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCUS R. WILLIAMS, | 1:05-cv-00124-AWI-SMS (PC) |
| Plaintiff, | ORDER GRANTING DEFENDANTS' MOTION TO EXTEND TIME TO FILE |
| vs. | ANSWER OR RESPONSIVE MOTION |
| DERRAL G. ADAMS, et al., | (DOCUMENT #39) |
| Defendants. | DEADLINE:  OCTOBER 17, 2007 |
| _____/ | |

On September 14, 2007, defendants Adams, Wan, Beeler, and Hansen filed a motion to extend time to file an answer or motion responsive to plaintiff's second amended complaint. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Defendants' motion for an extension of time to October 17, 2007, within which to file an answer or responsive motion is GRANTED.

IT IS SO ORDERED.

**Dated:     October 5, 2007**                    **/s/ Sandra M. Snyder**
                                                                    UNITED STATES MAGISTRATE JUDGE