IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCUS R. WILLIAMS, | 1:05-cv-00124-AWI-SMS (PC) |
| Plaintiff, | ORDER GRANTING DEFENDANTS' SECOND MOTION TO EXTEND TIME |
| vs. | TO FILE RESPONSIVE MOTION |
| DERRAL G. ADAMS, et al., | (DOCUMENT #41) |
| Defendants. | DEADLINE: November 16, 2007 |

On October 15, 2007, defendants Adams, Wan, Beeler, and Hansen filed a second motion to extend time to file an answer or responsive motion. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Defendants are granted an extension up to and including November 16, 2007, in which to file an answer or responsive motion.

IT IS SO ORDERED.

**Dated:   October 30, 2007**          /s/ Sandra M. Snyder
                                                UNITED STATES MAGISTRATE JUDGE