IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCUS R. WILLIAMS, | 1:05-cv-00124 AWI-SMS (PC) |
| Plaintiff, | ORDER GRANTING MOTION TO EXTEND TIME TO FILE A SUMMARY JUDGMENT |
| vs. | |
| DERRAL G. ADAMS, et al., | (DOCUMENT #48) |
| Defendants. | (30) THIRTY DAY DEADLINE |
| _____/ | |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983.  On December 3, 2007, plaintiff filed a motion to extend time to file a Summary Judgment.  Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted thirty (30) days from the date of service of this order in which to file a Summary Judgment.

IT IS SO ORDERED.

**Dated: January 4, 2008**                                   **/s/ Sandra M. Snyder**
                                                                              UNITED STATES MAGISTRATE JUDGE