IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARCUS R. WILLIAMS,

        Plaintiff,        CV F 05 0124 AWI SMS P

    vs.                ORDER

DERRAL ADAMS, et al.,

        Defendants.

      On December 6, 2007, a discovery order was entered, setting deadlines for litigation in this action.  The dispositive motion deadline is set for October 17, 2008.   Prior to the entry of this order, Plaintiff filed a document titled as a request for an extension of time and leave to file a motion for summary judgment.  On January 7, 2008, an order was entered in error, granting Plaintiff an extension of time to file a motion for summary judgment.  The December 6, 2007, order resolves Plaintiff's request for leave to file a motion for summary judgment.  The deadline for filing dispositive motions remains at October 17, 2008.

IT IS SO ORDERED.

**Dated:**  **January 14, 2008**           **/s/ Sandra M. Snyder**
                                      UNITED STATES MAGISTRATE JUDGE