IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **MARCUS WILLIAMS,**<br><br>                                        Plaintiff,<br><br>v.<br><br>**DERRAL G. ADAMS, et al.,**<br><br>                                        Defendants. | 1:05-cv-0124-AWI-SMS<br><br>**ORDER GRANTING DEFENDANTS' REQUEST FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S FIRST SET OF INTERROGATORIES AND FIRST SET OF DOCUMENT DEMANDS** |

Defendants Adams, Wan, Beeler and Hansen have applied for an extension of time to respond to Plaintiff's first set of interrogatories and first set of document demands.  Good cause appearing,

IT IS HEREBY ORDERED that the time in which Defendants' response to Plaintiff's first set of interrogatories and first set of document demands is extended to March 12, 2008.

IT IS SO ORDERED.

**Dated: January 28, 2008**                              /s/ Sandra M. Snyder
                                                                UNITED STATES MAGISTRATE JUDGE