# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCUS R. WILLIAMS, | CASE NO. 1:05-cv-00124-AWI-SMS PC |
| Plaintiff, | ORDER GRANTING MOTION FOR EXTENSION OF TIME TO COMPLETE DISCOVERY |
| v. | |
| DERRAL G. ADAMS, et al., | (Doc. 61) |
| Defendants. | New Discovery Deadline:       11/08/2008<br>New Dispositive Motion Deadline: 01/08/2009 |

On July 22, 2008, Plaintiff Marcus R. Williams ("Plaintiff"), a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983, filed a motion seeking an extension of time to complete discovery. Defendants did not file a response.

Good cause having been shown, Plaintiff's motion is HEREBY GRANTED and the discovery deadline is extended for all parties to November 8, 2008. In light of the extension of the discovery deadline, the deadline for filing pretrial dispositive motions is extended for all parties to January 8, 2009.

IT IS SO ORDERED.

Dated:   August 21, 2008                 /s/ Sandra M. Snyder
                                  UNITED STATES MAGISTRATE JUDGE

1