# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCUS R. WILLIAMS, | CASE NO. 1:05-cv-00124-AWI-SMS PC |
| Plaintiff, | ORDER DIRECTING CLERK'S OFFICE TO FILE IN LODGED EXHIBITS |
| v. | (Doc. 59) |
| DERRAL G. ADAMS, et al., | |
| Defendants. | |

On July 11, 2008, Plaintiff submitted exhibits in support of his motion for an extension of time. The exhibits were maintained in paper due to their volume. In light of the fact that review of a portion of the exhibits was needed to resolve Plaintiff's motion to compel a response to his interrogatories, the Clerk's Office is HEREBY DIRECTED to scan the exhibits so that they are part of the electronic record.

IT IS SO ORDERED.

**Dated:   May 1, 2009**               /s/ Sandra M. Snyder
                                                      UNITED STATES MAGISTRATE JUDGE

1