# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCUS R. WILLIAMS, | CASE NO. 1:05-cv-00124-AWI-SMS PC |
| Plaintiff, | ORDER VACATING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT FROM COURT'S CALENDAR |
| v. | |
| DERRAL G. ADAMS, et al., | (Doc. 77) |
| Defendants. | |

This is a civil rights action filed pursuant to 42 U.S.C. § 1983 by Plaintiff Marcus R. Williams, a state prisoner proceeding pro se and in forma pauperis. On December 1, 2008, Defendants filed a motion for summary judgment. Pending before the Court are Plaintiff's three motions to compel, which have been resolved in a separate order issued concurrently with this order.

Following the decision on the motions to compel, the discovery deadline has been extended to allow Plaintiff to propound one further round of discovery and file a motion to compel if necessary. In light of 28 U.S.C. § 476(a)(1), the Civil Justice Reform Act, it is HEREBY ORDERED that Defendants' motion for summary judgment, filed December 1, 2008, is deemed VACATED from the Court's calendar until the opposition and reply, if any, are filed and the motion is deemed submitted.

IT IS SO ORDERED.

Dated:   May 1, 2009                           /s/ Sandra M. Snyder
                                        UNITED STATES MAGISTRATE JUDGE

1