# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCUS R. WILLIAMS, | CASE NO. 1:05-cv-00124-AWI-SMS PC |
| Plaintiff, | ORDER DENYING MOTION FOR STATUS CONFERENCE, AND DIRECTING CLERK'S OFFICE TO SEND PLAINTIFF A COPY OF THE DOCKET |
| v. | |
| DERRAL G. ADAMS, et al., | (Doc. 121) |
| Defendants. | |

On July 26, 2010, Plaintiff Marcus R. Williams, a state prisoner proceeding pro se and in forma pauperis in this civil rights action, filed a motion seeking a status conference to discuss the receipt of his opposition to Defendants' motion for summary judgment and whether there are any errors or discrepancies he needs to correct.

Defendants' motion for summary judgment was deemed submitted following their reply to Plaintiff's opposition, and the motion is pending consideration. Local Rule 230(l). If the Court finds further briefing or a hearing necessary during the course of its consideration of Defendants' motion, it will issue an appropriate order at that time. The Court will provide Plaintiff with a copy of the docket for his review, but a status conference is unnecessary.

Accordingly, Plaintiff's motion for a status conference is HEREBY DENIED, and the Clerk's Office is DIRECTED to send Plaintiff a copy of the docket.

IT IS SO ORDERED.

Dated:   **November 2, 2010**       /s/ Sandra M. Snyder
                                                    UNITED STATES MAGISTRATE JUDGE