# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCUS WILLIAMS,<br><br>          Plaintiff,<br><br>     vs.<br><br>DERRAL G. ADAMS, et al.,<br><br>          Defendants.<br>_____/ | 1:05-cv-00124-AWI-SKO (PC)<br><br>ORDER DIRECTING DEFENDANTS TO SUBMIT STOWE DECLARATION, EXHIBIT PAGES, AND PROOF OF SERVICE ON PLAINTIFF IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On December 1, 2008, Defendants Beeler, Adams, Wan, and Hansen filed a motion for summary judgment and various supporting documents. (Docs. 77-85.) A document referred to as "Stowe Decl." and various exhibit pages are referenced, but they were not filed with the Court.

Accordingly, IT IS HEREBY ORDERED that:

Within ten (10) days of the date of service of this order, Defendants are directed to submit the document referred to as "Stowe Decl.," any exhibit pages referenced in their motion with numerical pagination lower than AG000503, and a copy of the proof of service to evidence that these documents were served on Plaintiff on December 1, 2008, with their other moving documents. Alternatively, if Defendants failed to serve these documents on Plaintiff in addition to failing to submit them to the Court, Defendants are directed to advise the Court within ten days whether they desire their motion to be considered in the absence of these documents.

IT IS SO ORDERED.

Dated:   September 8, 2011          /s/ Sheila K. Oberto
                                    UNITED STATES MAGISTRATE JUDGE