# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCUS WILLIAMS,<br><br>    Plaintiff,<br><br>    vs.<br><br>DERRAL G. ADAMS, et al.,<br><br>    Defendants.<br>_____/ | 1:05-cv-00124-AWI-SKO (PC)<br><br>ORDER DIRECTING DEFENDANTS TO SUBMIT EXHIBIT PAGES, PROOF OF SERVICE ON PLAINTIFF, AND STATEMENT IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On December 1, 2008, Defendants Beeler, Adams, Wan, and Hansen filed a motion for summary judgment and various supporting documents. (Docs. 77-85.) Various exhibit pages are referenced which were not filed with the Court.

Accordingly, IT IS HEREBY ORDERED that:

Within ten (10) days of the date of service of this order, Defendants are directed to:

(1)   Submit all exhibit pages referenced in their motion with numerical pagination below "AG000503";

(2)   Submit a copy of the proof(s) of service showing that all such exhibit pages have been served on Plaintiff and under what circumstances (i.e., whether at the time of filing of the motion for summary judgment, in discovery, or in initial disclosures); and

/ / /

/ /

(3)   submit a statement detailing Defendants' position, and any supporting authority, as to whether Plaintiff had adequate notice to respond to these documents in his opposition.

IT IS SO ORDERED.

**Dated:   November 21, 2011**                          **/s/ Sheila K. Oberto**
UNITED STATES MAGISTRATE JUDGE